# UNITED STATES JUDICIAL PANEL
## on
# MULTIDISTRICT LITIGATION



**IN RE: PORTFOLIO RECOVERY ASSOCIATES, LLC, TELEPHONE CONSUMER PROTECTION ACT (TCPA) LITIGATION**

MDL No. 2295

(SEE ATTACHED SCHEDULE)

*15CV 548-JAH-BGS*

## CONDITIONAL REMAND ORDER

The transferee court in this litigation has advised the Panel that coordinated or consolidated pretrial proceedings in the action(s) on this conditional remand order have been completed and that remand to the transferor court(s), as provided in 28 U.S.C. § 1407(a), is appropriate.

IT IS THEREFORE ORDERED that the action(s) on this conditional remand order be remanded to its/their respective transferor court(s).

IT IS ALSO ORDERED that, pursuant to Rule 10.2 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the transmittal of this order to the transferee clerk for filing shall be stayed 7 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Southern District of California.

IT IS FURTHER ORDERED that, pursuant to Rule 10.4(a), the parties shall furnish the Clerk for the Southern District of California with a stipulation or designation of the contents of the record to be remanded.

---

Inasmuch as no objection is pending at this time, the stay is lifted.

**Feb 29, 2016**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

---

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

I hereby attest and certify on 2-29-16
That the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

By_____ Deputy

**IN RE: PORTFOLIO RECOVERY ASSOCIATES,**
**LLC, TELEPHONE CONSUMER PROTECTION**
**ACT (TCPA) LITIGATION**                                        MDL No. 2295

## SCHEDULE FOR CRO

| TRANSFEREE | | | TRANSFEROR | | | |
|---|---|---|---|---|---|---|
| **DIST** | **DIV.** | **C.A.NO.** | **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
| CAS | 3 | 15−00548 | CAN | 3 | 15−00104 | Gary Contreras et al v. Portfolio Recovery Associates, LLC |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:  PORTFOLIO RECOVERY ASSOCIATES, LLC TELEPHONE CONSUMER PROTECTION ACT LITIGATION | ) ) ) ) ) |

Case No. 3:11-md-02295-JAH-(BGS)

Hon. John A. Houston
Hon. Bernard G. Skomal

GARY CONTRERAS & ROSEMARY CONTRERAS, husband and wife,

     Plaintiffs,

v.

PORTFOLIO RECOVERY ASSOCIATES, LLC, a Delaware Limited Liability Company,

    Defendant.

THIS DOCUMENT RELATES TO:
Case No.  3:15-cv-00104-JSC
(Contreras)

**ORDER OF DISMISSAL OF FOURTH CAUSE OF ACTION FOR VIOLATION OF TELEPHONE CONSUMER PROTECTION ACT AND FOR ISSUANCE OF A SUGGESTION FOR REMAND TO THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION TO REMAND THE CASE TO THE U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA**

This cause is before the Court on the Joint Motion to Dismiss Fourth Cause of Action for Violation of Telephone Consumer Protection Act and for issuance of a suggestion for remand to the Judicial Panel on Multidistrict Litigation to Remand the Case to the U.S. District Court, Northern District of California.  On proof made to the satisfaction of the Court, and based on the parties' stipulation,

**IT IS ORDERED** that:

The Fourth Cause of Action for Violation of Telephone Consumer Protection Act is dismissed with prejudice.  This Court shall issue a suggestion for remand to the Judicial Panel on Multidistrict Litigation to remand the case to the U.S. District Court, Northern District of California.

DATED:  February 9, 2016

JOHN A. HOUSTON
United States District Judge

2