UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GARY CONTRERAS & ROSEMARY CONTRERAS, husband and wife, | ) | Case No. 3:15-cv-00104-JSC |
| | ) | |
| Plaintiffs, | ) | [PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE |
| | ) | |
| v. | ) | |
| | ) | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, a Delaware Limited Liability Company, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

    IT IS HEREBY ORDERED that based upon the stipulation of the parties, the above-captioned action is dismissed with prejudice pursuant to FRCP 41(a)(1)(A)(ii).  Each party shall bear its own costs and attorney's fees.

    IT IS SO ORDERED.

DATED:   September 8, 2017

_____
JACQUELINE SCOTT CORLEY
U.S. DISTRICT COURT MAGISTRATE JUDGE